IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JUSTIN MICHAEL STREET,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                              Case No. 12-cv-605-wmc

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered remanding this case to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).


| *s/ Peter Oppeneer* | 3/18/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |