IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JUSTIN MICHAEL STREET,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                               Case No. 12-cv-605-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Justin Michael Street against defendant Carolyn W. Colvin awarding plaintiff attorney fees and expenses under the Equal Access to Justice Act in the amount of $7,000.00.

        /s/                                                         6/18/2013
Peter Oppeneer, Clerk of Court                  Date